OPINION — AG — **** ASSISTANT DISTRICT ATTORNEY — DUAL OFFICES **** AN ASSISTANT DISTRICT ATTORNEY CAN RUN FOR ANOTHER OFFICE, BUT UPON HIS ELECTION AND ENTERING THE DUTIES OF THE SECOND OFFICE, HE WOULD IPSO FACTO VACATE THE OFFICE OF ASSISTANT DISTRICT ATTORNEY UNDER THE RULE SET FORTH IN " GIBSON V. CROWDER, 196 OKL. 406, 165 P.2d 628
(1946). IT IS THE HOLDING OF TWO OFFICES THAT IS PROHIBITED AND IT IS IMMATERIAL THAT EITHER ONE OR BOTH ARE PAID OR UNPAID. CITE: OPINION NO. 67-171, 11 O.S. 1961, 558-562 [11-558] — [11-562], ARTICLE XVIII, SECTION 3(B), 51 O.S. 1961 6 [51-6] (DUANE LOBAUGH) ** SEE: GRAND JURY OF MCCURTAIN COUNTY V. CECIL, 679 P.2d 1308 (1983) ** ** SEE OPINION NO. 92-502 (1992) ** SEE: OPINION NO. 74-118 (1974) ** ** SEE: OPINION NO. 70-299 (1970) **